IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY WHITE** <br> *Plaintiff – pro se* <br><br> v. <br><br> **ATKORE CORPORATION a/k/a ATKORE INTERNATIONAL, INC. and ALLIED TUBE & CONDUIT CORPORATION** <br> *Defendants* | **CIVIL ACTION** <br><br> **NO. 16-1422** |

# ORDER

**AND NOW**, this 4th day of June 2018, upon consideration of the *motion for summary judgment*, and supporting documents, filed by Defendants Atkore Corporation a/k/a Atkore International, Inc., and Allied Tube & Conduit Corporation (collectively "Defendants"), [ECF 23], Plaintiff Larry White's response in opposition and accompanying exhibits, [ECF 25], and Defendants' reply brief, [ECF 31], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendants' motion for summary judgment is **GRANTED**, and Judgment is entered in favor of Defendants and against Plaintiff.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*